Shannon C. Williams, Esq. (SBN 196787)
Katelyn M.W. Burnett, Esq. (SBN 290812)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Phone: (949) 427-2010
Fax: (949) 427-2732
Email: kburnett@ghidottiberger.com

Attorneys for Defendants SN SERVICING CORPORATION and U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST (erroneously sued as US BANK, N.A.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual; | CASE NO.: 3:21-cv-02560-LB |
| Plaintiffs, v. | **CERTIFICATE OF SERVICE** |
| SETERUS, INC., a business entity; DOES 1 THROUGH 10 INCLUSIVE, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Claudia Hanson, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. I am employed with Ghidotti | Berger, LLP whose address is 1920 Old Tustin Avenue, Santa Ana, CA 92705. On April 29, 2021, I served a copy of the following:

/ / /

- **DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT; MEMORANDUM OF POINTS AND AUTHORITIES**
- **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**
- **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**BY ELECTRONIC TRANSMISSION.** I am familiar with the United States District Court for the Nothrthen District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the following CM/ECF users were served:

Matthew David Mellen
Mellen Law Firm
1050 Marina Village Parkway, Suite 102
Alameda, CA 94501
(510) 263-9638
Fax: (510) 263-9753
Email: email@mellenlawfirm.com
*Attorneys for Plaintiffs*

Michael W. Stoltzman , Jr.
The Ryan Firm APC
2603 Main Street #1225
Irvine, CA 92614
(949) 263-1800
Email: mstoltzman@theryanfirm.com
*Attorneys for Defendant, Seterus, Inc.*

/ / /

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Proof of service was executed on April 29, 2021, at Santa Ana, California.

                                                        /s/ Claudia Hanson

                                                          Claudia Hanson

3
CERTIFICATE OF SERVICE