Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>Plaintiffs,<br><br>v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**PROPOSED TRIAL DATES** |

**PLEASE TAKE NOTICE** that the parties hereby submit the enclosed regarding the scheduling of this matter:

**Plaintiffs' Response:**

As set forth in Plaintiffs' Opposition to the Ex Parte Application to continue the trial,

Plaintiffs will be harmed if trial is continually delayed in this action, thus, Plaintiffs request that trial be set for October 23, 2023 at 8:30 am.

**Defendants' Response:**

Defendants SN Servicing Corporation and Seterus, Inc, propose the following dates for trial: November 13-17, or December 4-8, with the pre-trial conference taking place October 27 (if the trial date is November 13-17), or November 16 (if the trial date is December 4-8).

DATED: August 15, 2023              SHAPERO LAW FIRM, PC

                                    /s/ Sarah Shapero
                                    SARAH SHAPERO
                                    Attorney for Plaintiffs,
                                    TIMOTHY S. BOSTWICK,
                                    and MICHELE L. NESSIER

DATED: August 15, 2023              THE RYAN FIRM
                                    A Professional Corporation

                                    /s/ Michael Stoltzman, Jr.
                                    TIMOTHY M. RYAN
                                    ANDREW J. MASE
                                    MICHAEL W. STOLTZMAN, JR.
                                    Attorneys for Defendant Seterus, Inc.

DATED: August 15, 2023              GHIDOTTI BERGER

                                    /s/ Katelyn Burnett
                                    KATELYN BURNETT
                                    Attorneys for Defendants US BANK, N.A.
                                    and SN SERVICING CORP.

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 2603 Main St, Suite 1225, Irvine, CA 92614.

On August 15, 2023, I served the within document(s) described as: **PROPOSED TRIAL DATES** on the interested parties in this action:

☒ by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

| Name & Address | Telephone / Fax / E-mail | Role |
|---|---|---|
| Shapero Law Firm, P.C.<br>100 Pine Street, Ste 530<br>San Francisco, CA 94111 | Tel:  (415) 273-3504<br>Fax: (415) 358-4116<br>Email:<br>sarah@shaperolawfirm.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Michael R. Brooks, Esq.<br>Hutchison & Steffen, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145 | Tel: (702) 385-2500<br>Fax: ***<br>Email:<br>mbrooks@hutchlegal.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Ghidotti Berger LLP<br>Rachel Witcher<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Tel:  (949) 427-2010<br>Fax: (949) 427-2732<br>Email:<br>rwitcher@ghidottiberger.com | Attorneys for Defendant SN Servicing Corporation and US Bank Trust National Association |

☒ **CM/ECF** (U.S. District Court, Northern District of California)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 15, 2023, at Irvine, California.


ROSE CONWAY

---

Proof of Service