Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone:   (415) 293-7995
Facsimile:   (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.:  3:21-CV-02560-LB<br><br>Assigned for All Purposes to Hon. Laurel Beeler Courtroom B<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES** |

**PLEASE TAKE NOTICE** that the parties hereby submit the below stipulation to alter the pre-trial deadlines as set forth below:

WHEREAS, due to scheduling conflicts with the parties' counsel and given the new trial date of December 18, 2023 and the Final Pretrial Conference on November 9, 2023, the parties agree to revise the pre-trial deadlines as follows:

1

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial filings and requirements reflected at ECF 63 at 4–5, C 1 through 5 and 7 through 9 | 8/31/23 | 9/14/23 |
| Filings at ECF 63, D 1 through 4 | 9/7/23 | 9/21/23 |
| Plaintiff's opening memorandum | 9/21/23 | 10/5/23 |
| Defendants' opposing memorandum | 10/5/23 | 10/19/23 |
| Plaintiff's reply memorandum | 10/12/23 | 10/26/23 |
| Chambers copies due | 10/12/23 | 10/26/23 |

**IT IS SO STIPULATED.**

DATED: August 28, 2023                                         SHAPERO LAW FIRM, PC


                                                              */s/ Sarah Shapero*
                                                              _____
                                                              Sarah Shapero, Esq.
                                                              Attorney for Plaintiffs,
                                                              TIMOTHY S. BOSTWICK,
                                                              and MICHELE L. NESSIER


DATED: August 28, 2023                                         THE RYAN FIRM
                                                              A Professional Corporation


                                                              By:_____
                                                                   */s/ Michael W. Stolzman*

                                                              MICHAEL W. STOLTZMAN, JR.
                                                              Attorneys for Defendant Seterus,
                                                              Inc.

1

2

3

4

5

6

7

8

9   DATED: August 28, 2023

HUTCHINSON & STEFFEN

10                                         By:_____ */s/ Michael Brooks*_____

11                                              Michael Brooks
                                                Attorneys for Defendants US BANK, N.A.
                                                and SN SERVICING CORP.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3