Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone: (415) 293-7995
Facsimile:    (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES** |

**PLEASE TAKE NOTICE** that the parties hereby submit the below stipulation to alter the pre-trial deadlines as set forth below:

WHEREAS, given the new trial date of December 18, 2023 the Final Pretrial Conference on November 9, 2023, and the Court continuing the motion in limine opposition deadline to September 21, 2023, the parties agree to revise the pre-trial deadlines as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial filings and requirements reflected at ECF 63 at 4–5, C 1 through 5 and 7 through 9 | 9/14/23 | 9/21/23 |
| Filings at ECF 63, D 1 through 4 | 9/21/23 | 9/28/23 |

**IT IS SO STIPULATED.**

DATED: September 12, 2023        SHAPERO LAW FIRM, PC

By: /s/ Sarah Shapero
Sarah Shapero, Esq.
Attorney for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER

DATED: September 12, 2023        THE RYAN FIRM
A Professional Corporation

By: /s/ Michael W. Stoltzman, Jr.
TIMOTHY M. RYAN
ANDREW J. MASE
MICHAEL W. STOLTZMAN, JR.
Attorneys for Defendant Seterus, Inc.

DATED: September 12, 2023        GHIDOTTI BERGER

By: /s/ Katelyn Burnett
KATELYN BURNETT
Attorneys for Defendants US BANK, N.A. and SN SERVICING CORP.

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 2603 Main St, Suite 1225, Irvine, CA 92614.

On September 12, 2023, I served the within document(s) described as: **JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES; [PROPOSED] ORDER** on the interested parties in this action:

☒ by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

| Name & Address | Telephone / Fax / E-mail | Role |
| --- | --- | --- |
| Shapero Law Firm, P.C.<br>100 Pine Street, Ste 530<br>San Francisco, CA 94111 | Tel: (415) 273-3504<br>Fax: (415) 358-4116<br>Email:<br>sarah@shaperolawfirm.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Michael R. Brooks, Esq.<br>Hutchison & Steffen, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive,<br>Suite 200<br>Las Vegas, Nevada 89145 | Tel: (702) 385-2500<br>Fax: ***<br>Email:<br>mbrooks@hutchlegal.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Ghidotti Berger LLP<br>Rachel Witcher<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Tel: (949) 427-2010<br>Fax: (949) 427-2732<br>Email:<br>rwitcher@ghidottiberger.com | Attorneys for Defendant SN Servicing Corporation and US Bank Trust National Association |

☒ **CM/ECF** (U.S. District Court, Northern District of California)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 12, 2023, at Irvine, California.


    /s/ Rose Conway
   ROSE CONWAY