Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone: (415) 293-7995
Facsimile:    (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>    Plaintiffs,<br><br>    v.<br><br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to Hon. Laurel Beeler<br>Courtroom B<br><br>**[~~PROPOSED~~] ORDER** |

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the Pretrial Deadlines are extended as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial filings and requirements reflected at ECF 63 at 4–5, C 1 through 5 and 7 through 9 | 9/14/23 | 9/21/23 |
| Filings at ECF 63, D 1 through 4 | 9/21/23 | 9/28/23 |

**IT IS SO ORDERED.**

Date: September 13, 2023

_____
United States District Court Judge