```
Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone:  (415) 293-7995
Facsimile:  (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>Plaintiffs,<br><br>v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES** |

**PLEASE TAKE NOTICE** that the parties hereby submit the below stipulation to alter the pre-trial deadlines as set forth below:

WHEREAS, given the new trial date of December 18, 2023 the Final Pretrial Conference on November 9, 2023, and the Court continuing the motion in limine opposition deadline to September 21, 2023, the parties agree to revise the pre-trial deadlines as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial filings and requirements reflected at ECF 63 at 4–5, C 1 through 5 and 7 through 9 and motion in limine oppositions | 9/21/23 | 9/28/23 |

**IT IS SO STIPULATED.**

DATED:                            SHAPERO LAW FIRM, PC

                                        */s/ Sarah Shapero*

                             Sarah Shapero, Esq.
                             Attorney for Plaintiffs,
                             TIMOTHY S. BOSTWICK,
                             and MICHELE L. NESSIER

DATED:                            THE RYAN FIRM
                                  A Professional Corporation

                             By:    */s/ Michael Stoltzman*
                                TIMOTHY M. RYAN
                                ANDREW J. MASE
                                MICHAEL W. STOLTZMAN, JR.
                                Attorneys for Defendant Seterus, Inc.

DATED:                            GHIDOTTI BERGER

                             By:    */s/ Michael Brooks*
                                MICHAEL BROOKS
                                Attorneys for Defendants US BANK,
                                N.A. and SN SERVICING CORP.