Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone: (415) 293-7995
Facsimile: (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to Hon. Laurel Beeler Courtroom B<br><br>~~[PROPOSED]~~ **ORDER** |

## [~~PROPOSED~~] ORDER

The Court has reviewed the foregoing Joint Stipulation submitted by: (1) Plaintiffs, TIMOTHY S. BOSTWICK and MICHELE L. NESSIER, (2) Defendant, SETERUS, INC, (3) and Defendants, US BANK, N.A. and SN SERVICING CORP. (collectively, the "Parties").

IT IS HEREBY ORDERED THAT:

    The Pretrial filings and requirements reflected at ECF 63 at 4–5, C 1 through 5 and 7 through 9 and, motion in limine, and oppositions originally scheduled for September 21, 2023, shall be extended to September 28, 2023.

IT IS SO ORDERED.

Dated: September 22, 2023

_____
Honorable United Magistrate Court Judge