1  Sarah Shapero (Bar No. 281748)
   100 Pine Street, Ste. 530
2  San Francisco, CA 94111
   Telephone: (415) 293-7995
3  Facsimile: (415) 358-4116

4  Attorneys for Plaintiffs,
   TIMOTHY S. BOSTWICK,
5  and MICHELE L. NESSIER,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual; <br><br> Plaintiffs, <br><br> v. <br><br> SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive <br><br> Defendants. | Case No.: 3:21-CV-02560-LB <br><br> Assigned for All Purposes to Hon. Laurel Beeler <br> Courtroom B <br><br> **[PROPOSED] ORDER** |

# [~~PROPOSED~~] ORDER

The Court has reviewed the foregoing Joint Stipulation submitted by: (1) Plaintiffs, TIMOTHY S. BOSTWICK and MICHELE L. NESSIER, (2) Defendant, SETERUS, INC, (3) and Defendants, US BANK, N.A. and SN SERVICING CORP. (collectively, the "Parties").

IT IS HEREBY ORDERED THAT:

The Pretrial filings and requirements reflected at ECF 63 at D1 through 4 originally scheduled for September 28, 2023, shall be extended to October 5, 2023.

IT IS SO ORDERED.

Dated: September 27, 2023

_____
Honorable United Magistrate Court Judge