Katelyn M.W. Burnett, Esq. (SBN 290812)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: kburnett@ghidottiberger.com

MICHAEL R. BROOKS, ESQ. (SBN 167315)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: 702.385.2500
E-Mail: mbrooks@hutchlegal.com

Attorneys for Defendant SN SERVICING CORPORATION and US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST (erroneously sued as US Bank, N.A.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, an individual;<br><br>Plaintiffs,<br>v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP, a business entity; and DOES 1 through 10 inclusive,<br><br>Defendants. | **CASE NO.: 3:21-cv-02560-LB**<br><br>**JOINDER BY DEFENDANT SN SERVICING CORPORATION AND US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST IN DEFENDANT SETERUS, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY FROM ANY UNDISCLOSED WITNESSES** |

///

///

///

///

1 **PLEASE TAKE NOTICE** that SN Servicing Corporation and US Bank Trust National Association, as Trustee of the Chalet Series III Trust (erroneously sued as US Bank, N.A.) hereby joins in Seterus, Inc.'s Motion in Limine No. 1 to Exclude Testimony from any Undisclosed Witnesses.

Respectfully submitted,

DATED: September 26, 2023        **HUTCHISON & STEFFEN, PLLC**

  /s/ Michael Brooks
Michael Brooks, Esq.
Attorneys for Defendant SN SERVICING CORPORATION and U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST (erroneously sued as US BANK, N.A.)

# PROOF OF SERVICE

On this _____ day of September, 2023, I served the within document(s) described as: **JOINDER BY DEFENDANT SN SERVICING CORPORATION AND US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST IN DEFENDANT SETERUS, INC.'S MOTION IN LIMINE NO. 1 TO EXCLUDE TESTIMONY FROM ANY UNDISCLOSED WITNESSES** on the interested parties in this action:

| Name & Address | Telephone/Fax/Email | Role |
|---|---|---|
| Shapero Law Firm, P.C.<br>100 Pine Street, Ste 530<br>San Francisco, CA 94111 | Tel: (415) 273-3504<br>Fax: (415) 358-4116<br>Email:<br>sarah@shaerolawfirm.com | Attorney for Plaintiffs Timothy S. Bostwick and Micheel L. Nessier |
| The Ryan Firm<br>2603 Main Street, Suite 1225<br>Irvine, CA 92614 | Tel: (949) 263-1800<br>Fax: (949) 872-2211<br>Email:<br>tryan@theryanfirm.com | Attorney for Defendant Seterus, Inc. |

☒ **BY ELECTRONIC SERVICE –**
I transmitted true and correct electronic copies of the above document to the person at the electronic mail addresses listed above and said transmission was completed without error.

☒ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on this _____ day of September, 2023.

_____