Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone:  (415) 293-7995
Facsimile:   (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP., a business entity, and DOES 1 through 10, inclusive<br><br>Defendants. | CASE NO.: 3:21-cv-02560-LB<br>Action Filed: January 22, 2019<br><br>Assigned for All Purposes to Hon. Laurel Beeler<br><br>**PLAINTIFF'S FRCP 26(a) (3) DISCLOSURES**<br><br>Trial Date:   December 18, 2023 |

Plaintiffs Timothy Bostwick and Michel Nessier ("Plaintiffs") hereby submit the following disclosures:

1

PLAINTIFF'S FRCP 26(a)(3) DISCLOSURES

(1) the name and, if not previously provided, the address and telephone number of each witness—separately identifying those the party expects to present and those it may call if the need arises: Timothy Bostwick, Michele Nessier, Melissa Bostwick, Simon Ward Brown and William Fogelman

(2) the designation of those witnesses whose testimony the party expects to present by deposition and, if not taken stenographically, a transcript of the pertinent parts of the deposition: Plaintiffs do not intend to present any testimony via deposition.

(3) an identification of each document or other exhibit, including summaries of other evidence—separately identifying those items the party expects to offer and those it may offer if the need arises: Plaintiff intends to introduce the following exhibits 24, 25, 26, 27, 28, 30, 31, 32, 42, 47, 48, 100, 101, 102, 103, 104, 105, 106, 107, 108

DATED: September 28, 2023                SHAPERO LAW FIRM, PC

                                                                 */s/ Sarah Shapero*

                                        SARAH SHAPERO
Attorneys for Plaintiffs Timothy Bostwick and Michele Nessier