Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Michael W. Stoltzman Jr., Bar No. 263423
THE RYAN FIRM
A Professional Corporation
2603 Main Street, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Seterus, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP, a business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 3:21-cv-02560-LB<br>Date Action Filed: April 8, 2021<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**DEFENDANT SETERUS, INC.'S PRE-TRIAL DISCLOSURES PURSUANT TO FRCP 26(A)(3)**<br><br>Trial Date:   December 18, 2023. |

**PLEASE TAKE NOTICE** that defendant Seterus, Inc. ("Seterus" or "Defendant") hereby submits the enclosed Pre-Trial Disclosures pursuant to Federal Rules of Civil Procedure, Rule 26(a)(3):

### Witnesses Expected to Testify at Trial – Rule 26(a)(3)(A)(i):

- Custodian of Records for Bank of America
- Custodian of Records for the California Secretary of State
- Custodian of Records for SN Servicing
- Jordan Kahoalii
- Melissa Bostwick
- Michele Nessier
- Simon Ward Brown
- Timothy Bostwick

### Deposition Designations – Rule 26(a)(3)(A)(ii):

- None

### Documents/Exhibits – Rule 26(a)(3)(A)(iii):

- Please see Exhibit 1, which is attached and incorporated by reference.

DATED: September 28, 2023

THE RYAN FIRM
A Professional Corporation

By: _____
TIMOTHY M. RYAN
MICHAEL W. STOLTZMAN, JR.
Attorneys for Defendant Seterus, Inc.

# EXHIBIT 1

EXHIBIT 1

# EXHIBIT LIST

<u>Bostwick</u> v. <u>Seterus</u>, C <u>V-02560-</u> LB

Clear Form

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
| | | | | | |
| 1 | | | Ptfs.; D's; BNA | | Loan application; 1-4 |
| 2 | | | | | Omitted |
| 3 | | | | | Omitted |
| 4 | | | | | Omitted |
| 5 | | | | | Omitted |
| 6 | | | Ptfs.; D's; BNA | | Certification (H); 5-6 |
| 7 | | | | | Omitted |
| 8 | | | Ptfs. | | Resp to SROGS (both); 7-68 |
| 9 | | | Ptfs.; D's; BNA | | Statement of Facts; 69 |
| 10 | | | | | Omitted |
| 11 | | | Ptfs.; D's; BNA | | Schedule of RE; 70 |
| 12 | | | Ptfs.; RJN | | 1st BK Petition; 71-124 |
| 13 | | | | | Omitted |
| 14 | | | | | Omitted |
| 15 | | | Ptfs.; RJN | | 2nd BK Stat. of Income; 125-30 |
| 16 | | | Ptfs.; RJN | | 2nd BK Petition; 131-192 |
| 17 | | | Ptfs.; RJN | | Chapter 11 Plan; 193-210 |
| 18 | | | Ptfs; D's; BNA | | Certification (W); 211 |
| 19 | | | | | Omitted |
| 20 | | | | | Omitted |
| 21 | | | | | Omitted |
| 22 | | | | | Omitted |
| 23 | | | | | Omitted |

# EXHIBIT LIST

Bostwick v. Seterus, C _____ LB

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 24 |  |  | Ptfs.; D's |  | July 24, 2017 TPP; 212-221 |
| 25 |  |  | Ptfs.; D's |  | August 9, 2017 Denial; 222-23 |
| 26 |  |  | Ptfs.; D's |  | September 11, 2017 Denial; 224-27 |
| 27 |  |  | Ptfs.; D's |  | October 6, 2017 Denial; 228-29 |
| 28 |  |  | Ptfs.; D's |  | October 23, 2017 TPP; 230-39 |
| 29 |  |  |  |  | Omitted |
| 30 |  |  | Ptfs.; D's |  | November 28, 2018 Denial; 240-43 |
| 31 |  |  | Ptfs.; D's |  | December 12, 2018 Trans; 244-45 |
| 32 |  |  | Ptfs.; D's |  | December 17, 2018 Denial; 246-49 |
| 33 |  |  |  |  | Omitted |
| 34 |  |  |  |  | Omitted |
| 35 |  |  |  |  | Omitted |
| 36 |  |  | Ptfs.; D's |  | Tax Returns; 250-325 |
| 37 |  |  | Ptfs.; D's |  | BANA Credit Reports; 326-33 |
| 38 |  |  | Ptfs.; D's |  | Loan Mod App; 334-353 |
| 39 |  |  | Ptfs.; D's |  | October 10, 2017 Denial; 354-57 |
| 40 |  |  | Ptfs.; D's |  | October 25, 2017 Denial; 358-59 |
| 41 |  |  | Ptfs.; D's |  | October 31, 2017 Denial; 360-61 |
| 42 |  |  | Ptfs.; SN |  | January 14, 2019 Hello; 362-63 |
| 43 |  |  | Ptfs.; SN |  | January 14, 2019 Escrow; 364 |
| 44 |  |  | Ptfs.; SN |  | January 28, 2019 FDCPA; 365 |
|  |  |  |  |  |  |

# EXHIBIT LIST

Bostwick v. Seterus, C v-02560- LB

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 45 |  |  | Ptfs.; D's |  | Credit Score (H); 366-73 |
| 46 |  |  | Ptfs.; D's |  | Credit Score (W); 374-81 |
| 47 |  |  | Ptfs.; D's; RJN |  | NOD (SS); 382-85 |
| 48 |  |  | Ptfs.; D's; RJN |  | NTS (SS); 386-87 |
| 49 |  |  | Ptfs.; D's; RJN |  | NOD (SF); 388-91 |
| 50 |  |  | Ptfs.; D's; RJN |  | NTS (SF); 392-93 |
| 51 |  |  | D's |  | Pay History; 394-99 |
| 52 |  |  | Ptfs.; D's |  | Tax Returns (2014); 400-47 |
| 53 |  |  | Ptfs.; RJN |  | 1st BK Dec of Income; 448 |
| 54 |  |  | Ptfs.; RJN |  | 1st BK Amend Stat; 449-55 |
| 55 |  |  | Ptfs.; RJN |  | 1st Bk Amend Sch; 456-62 |
| 56 |  |  | Ptfs.; RJN |  | 2nd BK Report 1; 463-84 |
| 57 |  |  | Ptfs.; RJN |  | 2nd BK Stat Conf; 485-90 |
| 58 |  |  | Ptfs.; RJN |  | 2nd BK Report 2; 490-522 |
| 59 |  |  | Ptfs.; RJN |  | 2nd BK Report 3; 523-46 |
| 60 |  |  | Ptfs.; RJN |  | 2nd BK Report 4; 547-71 |
| 61 |  |  | Ptfs.; RJN |  | 2nd BK Report 5; 571-94 |
| 62 |  |  | Ptfs.; RJN |  | 2nd BK Report 6; 595-619 |
| 63 |  |  | Ptfs.; SoS; RJN |  | AMI, Inc. Reg.; 620 |
| 64 |  |  | Ptfs.; SoS; RJN |  | AMI, LLC Cert.; 621 |
| 65 |  |  | Ptfs.; D's |  | AMI Return (2012); 622-26 |
| 66 |  |  | Ptfs.; D's |  | AMI Return (2013); 627-31 |
|  |  |  |  |  |  |

# EXHIBIT LIST

Bostwick v. Seterus , C v-02560- LB

| EXHIBIT NUMBER | Date Offered into Evidence | Date Admitted into Evidence | Sponsoring Witness | Limits on Use | Description and Bates Range |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| 67 |  |  | Ptfs.; D's |  | Resp to SN SROGS (W); 632-70 |
| 68 |  |  | Ptfs.; D's |  | Resp to SN SROGS (H); 671-709 |
| 69 |  |  | Ptfs.; D's; RJN |  | Dec of Nessier; 710-12 |
| 70 |  |  | Ptfs.; D's |  | Resp to SROGS (W); 713-742 |
| 71 |  |  | Ptfs.; D's |  | Resp to SROGS (H); 743-73 |

**PROOF OF SERVICE**

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 2603 Main St, Suite 1225, Irvine, CA 92614.

On September 28, 2023, I served the within document(s) described as: **DEFENDANT SETERUS, INC.'S PRE-TRIAL DISCLOSURES PURSUANT TO FRCP 26(A)(3)** on the interested parties in this action:

☒ by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

| Name & Address | Telephone / Fax / E-mail | Role |
| --- | --- | --- |
| Shapero Law Firm, P.C.<br>100 Pine Street, Ste 530<br>San Francisco, CA 94111 | Tel: (415) 273-3504<br>Fax: (415) 358-4116<br>Email:<br>sarah@shaperolawfirm.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Michael R. Brooks, Esq.<br>Hutchison & Steffen, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive,<br>Suite 200<br>Las Vegas, Nevada 89145 | Tel: (702) 385-2500<br>Fax: ***<br>Email:<br>mbrooks@hutchlegal.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Ghidotti Berger LLP<br>Rachel Witcher<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Tel: (949) 427-2010<br>Fax: (949) 427-2732<br>Email:<br>rwitcher@ghidottiberger.com | Attorneys for Defendant SN Servicing Corporation and US Bank Trust National Association |

☒ **CM/ECF** (U.S. District Court, Northern District of California)—The NEF that is automatically generated by the Court's Electronic Filing System constitutes service of the filed document(s) on registered users. All parties who are not registered, if any, were served in the manner set forth above.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 28, 2023, at Irvine, California.

/s/ Rose Conway
ROSE CONWAY