1  Sarah Shapero (Bar No. 281748)
2  Jessica Adair (Bar No. 348364)
   SHAPERO LAW FIRM
3  100 Pine St., Ste. 530
   San Francisco, CA 94111
4  Telephone: (415) 273-3504
   Facsimile:  (415) 358-4116
5
6  Attorneys for Plaintiffs,
   TIMOTHY S. BOSTWICK
7  MICHELE L. NESSIER

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP, a business entity; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:21-cv-02560-LB<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANT SN's MOTION IN LIMINE NO. 1: TO LIMIT SCOPE OF TESTIMONY AND EVIDENCE ESTABLISHING EMOTIONAL DISTRESS DAMAGES (ECF No. 152)**<br><br>Date: November 9, 2023<br>Time: 1:00 p.m.<br>Dept.: B<br><br>Trial Date: December 18, 2023 |

TO THE COURT, DEFENDANTS, AND THEIR COUNSEL OF RECORD:

Please take notice that Plaintiffs, TIMOTHY BOSTWICK and MICHELE NESSIER ("hereinafter Plaintiffs") will not move to oppose Defendant SN's Motion in Limine No. 1: "To Limit the Scope of Testimony and Evidence Establishing Emotional Distress Damages (ECF No. 152.)"

| | |
|---|---|
| DATED: September 28, 2023 | Respectfully submitted, |
| | SHAPERO LAW FIRM |
| | |
| |   */s/ Sarah Shapero* |
| | Sarah Shapero |
| | Jessica Adair |
| | Attorneys for Plaintiffs |
| | TIMOTHY BOSTWICK |
| | MICHELE L. NESSIER |