1  Timothy M. Ryan, Bar No. 178059
2  Michael W. Stoltzman Jr., Bar No. 263423
   THE RYAN FIRM
3  A Professional Corporation
4  2603 Main Street, Suite 1225
   Irvine, CA 92614
5  Telephone (949) 263-1800; Fax (949) 872-2211

6  Attorneys for Defendant Seterus, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, an individual;<br><br>  Plaintiffs,<br><br>vs.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP, a business entity; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.: 3:21-cv-02560-LB<br>Date Action Filed: April 8, 2021<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**JOINDER BY DEFENDANT SETERUS, INC. IN DEFENDANT SN SERVICING'S MOTION IN LIMINE NO. 2 TO LIMIT HEARSAY TESTIMONY AND EVIDENCE**<br><br>Date:   November 9, 2023<br>Time:   1:00 p.m.<br>Dept.:  B<br><br>Trial Date:  December 18, 2023. |

**PLEASE TAKE NOTICE** that defendant Seterus, Inc. ("Seterus" or "Defendant") hereby joins in defendant SN Servicing's Motion in Limine No. 2 to limit hearsay testimony and evidence.

DATED: September 21, 2023

THE RYAN FIRM
A Professional Corporation

By: /s/ Michael Stoltzman
TIMOTHY M. RYAN
MICHAEL W. STOLTZMAN, JR.
Attorneys for Defendant Seterus, Inc.

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by The Ryan Firm, A Professional Corporation, whose business address is: 2603 Main St, Suite 1225, Irvine, CA 92614.

On September 21, 2023, I served the within document(s) described as: **JOINDER BY DEFENDANT SETERUS, INC. IN DEFENDANT SN SERVICING'S MOTION IN LIMINE NO. 2 TO LIMIT HEARSAY TESTIMONY AND EVIDENCE** on the interested parties in this action:

☒ by transmitting via electronic mail the document(s) listed above to the email addresses provided by counsel.

| Name & Address | Telephone / Fax / E-mail | Role |
| --- | --- | --- |
| Shapero Law Firm, P.C.<br>100 Pine Street, Ste 530<br>San Francisco, CA 94111 | Tel: (415) 273-3504<br>Fax: (415) 358-4116<br>Email:<br>sarah@shaperolawfirm.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Michael R. Brooks, Esq.<br>Hutchison & Steffen, PLLC<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, Nevada 89145 | Tel: (702) 385-2500<br>Fax: ***<br>Email:<br>mbrooks@hutchlegal.com | Attorney for Plaintiffs Timothy S. Bostwick and Michele L. Nessier |
| Ghidotti Berger LLP<br>Rachel Witcher<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705 | Tel: (949) 427-2010<br>Fax: (949) 427-2732<br>Email:<br>rwitcher@ghidottiberger.com | Attorneys for Defendant SN Servicing Corporation and US Bank Trust National Association |

☒ **BY ELECTRONIC SERVICE** – My electronic service address is: rconway@theryanfirm.com. I transmitted true and correct electronic copies of the above document(s) to the persons at the electronic mail addresses listed above and said transmission was completed without error.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 21, 2023, at Irvine, California.


ROSE CONWAY