1 | Katelyn M.W. Burnett, Esq. (SBN 290812)
GHIDOTTI | BERGER, LLP
2 | 1920 Old Tustin Avenue
3 | Santa Ana, CA 92705
Tel: (949) 427-2010
4 | Fax:  (949) 427-2732
Email: kburnett@ghidottiberger.com
5 |
6 | MICHAEL R. BROOKS, ESQ. (SBN 167315)
HUTCHISON & STEFFEN, PLLC
7 | Peccole Professional Park
10080 West Alta Drive, Suite 200
8 | Las Vegas, Nevada 89145
Telephone:  702.385.2500
9 | E-Mail: mbrooks@hutchlegal.com

10 | Attorneys for Defendant SN SERVICING CORPORATION and US BANK TRUST NATIONAL
11 | ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST (erroneously sued as US Bank, N.A.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual,<br><br>　　　　Plaintiffs,<br>v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP, a business entity; and DOES 1 through 10 Inclusive,<br><br>　　　　Defendants. | CASE NO. 3:21-cv-02560-LB<br><br>**DEFENDANTS' RULE 26(a)(3) DISCLOSURES**<br><br>**Trial**<br>Date: December 18, 2023<br>Time: 8:30 a.m.<br>Courtroom:  B, 15th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, IF ANY:**

Defendants, US BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST and SN SERVICING CORPORATION ("SN")(collectively, "Defendants") hereby make its Rule 26(a)(3) disclosures as follows:

1. Name of Each Witness Defendants Intend to Call:
    a. Bill Fogleman
    b. Jordan Kahoalii
2. Deposition Transcripts that Defendants Intend to Use:
    a. NA
3. Identification of Documents Defendants Intend to Offer:
    a. Exhibit 150 – 10/7/2020 Mortgage Statement
    b. Exhibit 151 – 11/7/2020 Mortgage Statement
    c. Exhibit 152 – 12/7/2020 Mortgage Statement
    d. Exhibit 153 - 1/7/2021 Mortgage Statement
    e. Exhibit 154 – 2/7/2021 Mortgage Statement
    f. Exhibit 155 – POC BK Case 19-30021
    g. Exhibit 156 – POC BK Case 20-31026

Dated: September 28, 2023          **GHIDOTTI | BERGER, LLP**

　　　　　　　　　　　　　　　　　　　　_/s/ Katelyn M.W. Burnett_____
　　　　　　　　　　　　　　　　　　　　Katelyn M.W. Burnett, Esq.

　　　　　　　　　　　　　　　　　　　　**HUTCHISON & STEFFEN, PLLC**

　　　　　　　　　　　　　　　　　　　　_/s/ Michael Brooks_____
　　　　　　　　　　　　　　　　　　　　Michael Brooks, Esq.

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant SN SERVICING CORPORATION and U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES III TRUST (erroneously sued as US BANK, N.A.)

# CERTIFICATE OF SERVICE

I, Danielle Kelley, declare:

I am a citizen of the United States and employed in Clark County, Nevada. I am over the age of eighteen years and not a party to the within-entitled action. I am employed with Hutchison & Steffen, PLLC whose address is 10080 W. Alta Drive, Suite 200, Las Vegas, NV 89145.

On September 28, 2023, I served the foregoing documents described as **DEFENDANTS' RULE 26(a)(3) DISCLOSURES** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**[X]   BY ELECTRONIC FILING** I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users listed on the attached Service List were served, as indicated.

**(SEE ATTACHED SERVICE LIST)**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Proof of service was executed on September 28, 2023, at Las Vegas, Nevada.

/s/Danielle Kelley  
Danielle Kelley

## SERVICE LIST

| | |
|---|---|
| Shapero Law Firm, P.C.<br>100 Pine Street, Ste 530<br>San Francisco, CA 94111<br>(415) 273-3504<br>Fax: (415) 358-4116<br>Email: sarah@shaperolawfirm.com | *Attorneys for Plaintiffs,*<br>*Timothy S. Bostwick and*<br>*Michele L. Nessier* |
| Michael W. Stoltzman , Jr.<br>The Ryan Firm APC<br>2603 Main Street #1225<br>Irvine, CA 92614<br>(949) 263-1800<br>Email: mstoltzman@theryanfirm.com | *Attorneys for Defendant,*<br>*Seterus, Inc.* |