1  Sarah Shapero (Bar No. 281748)
2  SHAPERO LAW FIRM, PC
3  100 Pine Street, Ste. 530
   San Francisco, CA 94111
4  Telephone:  (415) 293-7995
5  Facsimile:   (415) 358-4116

6  Attorneys for Plaintiffs,
   TIMOTHY S. BOSTWICK,
7  and MICHELE L. NESSIER

8

9                    **UNITED STATES DISTRICT COURT**
10
                     **NORTHERN DISTRICT OF CALIFORNIA**
11

12
13 | TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, an individual; | CASE NO.: 3:21-cv-02560-LB |
   |---|---|
   | | Action Filed: January 22, 2019 |
14 | | |
15 | | Assigned for All Purposes to Hon. Laurel Beeler |
   | Plaintiffs, | |
16 | | **PLAINTIFF'S WITNESS LIST** |
17 | v. | |
18 | | |
19 | SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP., a business entity, and DOES 1 through 10, inclusive | Trial Date:   December 18, 2023 |
20 | | |
21 | | |
22 | | |
   | Defendants. | |
23 | | |
24

25

26

27     Plaintiffs Timothy Bostwick and Michel Nessier ("Plaintiffs") intend to call
28  the following witnesses during their case in chief:

                                    1
                      PLAINTIFF'S WITNESS LIST

Timothy Bostwick – Mr. Bostwick will testify about the facts and circumstances of this case and provide testimony regarding his damages including, but not limited to, the damage that Defendants' actions have caused to Plaintiffs' credit.  Mr. Bostwick has a master's degree in Accounting and will also testify about the Financial Model that he has prepared showing the impact that the negative credit and bankruptcies has had on him and his wife.  Mr. Bostwick's testimony is expected to take 3 hours.

Michele Nessier – Ms. Nessier will testify about the facts and circumstances of this case and provided testimony regarding his damages including, but not limited to, the damage that Defendants' actions have caused to Plaintiffs' credit.  Ms. Nessier's testimony is expected to take 2 hours.

Melissa Bostwick – Ms. Bostwick will testify about the use of the property from when it was purchased until present.  Ms. Bostwick's testimony is expected to take 1 hour.

Simon Ward Brown – The Seterus PMK will testify about the facts and circumstances of this case and the servicing of Plaintiff's loan for the relevant time period.  This individual's testimony is expected to take 4 hours.

William Fogelman – The SN Servicing PMK will testify about the facts and circumstances of this case and the servicing of Plaintiff's loan for the relevant time period.  This individual's testimony is expected to take 2 hours.

DATED: September 21, 2023                    SHAPERO LAW FIRM, PC

                                                                    /s/ Sarah Shapero

                                                  SARAH SHAPERO
                                                  Attorneys for Plaintiffs Timothy
                                                  Bostwick and Michele Nessier