Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
Michael W. Stoltzman Jr., Bar No. 263423
THE RYAN FIRM
A Professional Corporation
2603 Main Street, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Seterus, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, an individual;<br><br>         Plaintiffs,<br><br>vs.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN SERVICING CORP, a business entity; and DOES 1 through 10, inclusive,<br><br>         Defendants. | CASE NO.: 3:21-cv-02560-LB<br>Date Action Filed: April 8, 2021<br><br>Assigned for All Purposes to Hon. Laurel Beeler<br>Courtroom B<br><br>**DEFENDANT SETERUS, INC.'S SEPATE WITNESSES LIST**<br><br>Trial Date:   December 18, 2023. |

1

Separate Witness List

**PLEASE TAKE NOTICE** that defendant Seterus, Inc. ("Seterus" or "Defendant") hereby submits the enclosed Separate Witness List:

| Name (Alphabetically) | Description of Expected Testimony | DX Time |
|---|---|---|
| | | |
| Custodian of Records for Bank of America | Loan origination and servicing | 1.0 |
| Custodian of Records for the California Secretary of State | Corporate Status for Plaintiffs' entities | .5 |
| Custodian of Records for SN Servicing | Loan servicing | .5 |
| Jordan Kahoalii | Loan Servicing | .5 |
| Melissa Bostwick | Use of Truckee property | 1.0 |
| Michele Nessier | Loan origination, repayment, servicing, operation of Plaintiffs' entities, use of Truckee property, etc. | 2.0 |
| Simon Ward Brown | Loan origination, repayment, servicing, etc. | 2.0 |
| Timothy Bostwick | Loan origination, repayment, servicing, operation of Plaintiffs' entities, use of Truckee property, etc. | 2.0 |
| | | |

DATED: September 28, 2023

THE RYAN FIRM
A Professional Corporation

By: */s/ Michael Stoltzman*
TIMOTHY M. RYAN
MICHAEL W. STOLTZMAN, JR.
Attorneys for Defendant Seterus, Inc.