1  Sarah Shapero (Bar No. 281748)
   100 Pine Street, Ste. 530
2  San Francisco, CA 94111
   Telephone:   (415) 293-7995
3  Facsimile:    (415) 358-4116

4  Attorneys for Plaintiffs,
   TIMOTHY S. BOSTWICK,
5  and MICHELE L. NESSIER,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>    Plaintiffs,<br><br>    v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**JOINT STIPULATION TO CONTINUE PRE-TRIAL DEADLINES** |

**PLEASE TAKE NOTICE** that the parties hereby submit the below stipulation to alter the pre-trial deadlines as set forth below:

WHEREAS, given the new trial date of December 18, 2023 the Final Pretrial Conference on November 9, 2023, and a death in the family of Plaintiff's counsel, the parties agree to revise the pre-trial deadlines as follows:

| Case Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Pretrial filings and requirements reflected at ECF 63 at D1 through 4 and Plaintiffs' Opening Memorandum | 10/5/23 | 10/10/23 |
| Defendants' Opposing Opening Memorandum | 10/19/23 | 10/24/23 |
| Plaintiffs' Reply Memorandum | 10/26/23 | 10/30/23 |

**IT IS SO STIPULATED.**

DATED:  10/6/2023                    SHAPERO LAW FIRM, PC


/s/Sarah Shapero
Sarah Shapero, Esq.
Attorney for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER


DATED:  10/6/2023                    THE RYAN FIRM
                                     A Professional Corporation


By: /s/Timothy Ryan
    TIMOTHY M. RYAN
    ANDREW J. MASE
    MICHAEL W. STOLTZMAN, JR.
    Attorneys for Defendant Seterus, Inc.


DATED:  10/6/2023                    GHIDOTTI BERGER


By: /s/Katelyn Burnett
    KATELYN BURNETT
    Attorneys for Defendants US BANK, N.A.
    and SN SERVICING CORP.