Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone:  (415) 293-7995
Facsimile:   (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>Plaintiffs,<br><br>v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**JOINT STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE** |

**PLEASE TAKE NOTICE** that the parties hereby submit the below stipulation to alter the pre-trial deadlines as set forth below:

WHEREAS, on August 17, 2023, this Court set a Final Pretrial Conference for November 9, 2023 at 1:00 pm.

WHEREAS, Counsel for Plaintiff will be engaged in a 10 day trial in San Francisco County Superior Court on November 9, 2023, so will not be available for the Final Pretrial Conference.

WHEREAS, the Parties agree to continue the Pretrial Conference to November 14 or 16, subject to the Court's availability.

WHEREAS, the Parties agree that if the Pretrial Conference cannot be moved without vacating the December 18, 2023 trial date, the Parties will agree to keep the Final Pretrial Conference on calendar as scheduled and an associate with the Shapero Law Firm will participate in the Final Pretrial Conference as scheduled on November 9, 2023.

**IT IS SO STIPULATED.**

DATED: November 2, 2023

SHAPERO LAW FIRM, PC

*/s/ Sarah Shapero*
Sarah Shapero, Esq.
Attorney for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER

DATED: November 2, 2023

THE RYAN FIRM
A Professional Corporation

By: */s/ Michael Stolzman*
TIMOTHY M. RYAN
ANDREW J. MASE
MICHAEL W. STOLTZMAN, JR.
Attorneys for Defendant Seterus, Inc.

DATED: November 2, 2023

GHIDOTTI BERGER

By: ___/s/ Katelyn Burnett___
KATELYN BURNETT
Attorneys for Defendants US BANK, N.A.
and SN SERVICING CORP.