Sarah Shapero (Bar No. 281748)
100 Pine Street, Ste. 530
San Francisco, CA 94111
Telephone:   (415) 293-7995
Facsimile:    (415) 358-4116

Attorneys for Plaintiffs,
TIMOTHY S. BOSTWICK,
and MICHELE L. NESSIER,

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY S. BOSTWICK, an individual; and MICHELE L. NESSIER, individual;<br><br>        Plaintiffs,<br><br>        v.<br><br>SETERUS, INC., a business entity; US BANK, N.A., a business entity; SN Servicing CORP., a business entity, and DOES 1 through 10, inclusive<br><br>        Defendants. | Case No.: 3:21-CV-02560-LB<br><br>Assigned for All Purposes to<br>Hon. Laurel Beeler<br>Courtroom B<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

1. The Pretrial Conference currently set for November 9, 2023 is to be continued to November ___16___, 2023.
2. If the lead counsel for Plaintiff, Shapero Law Firm, cannot appear on suggested date, an Associate of the Shapero Law Firm shall appear on behalf of lead counsel.

**IT IS SO ORDERED.**

Dated: November 3, 2023

_____
United States Magistrate Court Judge